**No. 10-7016. Byron Leroy Scott, Petitioner v. United States District Court for the Central District of California, et al.**

562 U.S. 1144, 131 S. Ct. 978, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 535.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7017. Alfredo Ramos, Petitioner v. Illinois.**

562 U.S. 1144, 131 S. Ct. 913, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 320.

January 10, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 396 Ill. App. 3d 869, 336 Ill. Dec. 295, 920 N.E.2d 504.

**No. 10-7020. Melvin Cornnell Dodson, Petitioner v. Virginia.**

562 U.S. 1144, 131 S. Ct. 914, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 291.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 445.

**No. 10-7027. Ted A. McCracken, Petitioner v. Brookhaven Science Associates LLC, et al.**

562 U.S. 1144, 131 S. Ct. 914, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 462.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 376 Fed. Appx. 138.

**No. 10-7030. Delmo Figuro Torrefranca, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 396,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7037. Christopher A. Odom, Petitioner v. Stephen Ryan, et al.**

562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 159.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 303.

**No. 10-7041. Jaime Trevino, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 501,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7042. John J. Tauro, Petitioner v. Max Baer, et al.**

562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 262,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 875.